# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JO ANN PARKER KELTY

Plaintiff,

vs.                                         Case No.: 6:10-cv-1909-Orl-19DAB

ASSET ACCEPTANCE, LLC,

Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.


Dated: February 8, 2011                     Respectfully submitted,


                                            /s Andrew I. Glenn
                                            Andrew I. Glenn
                                            E-mail:  AGlenn@cardandglenn.com
                                            Florida Bar No.:  577261
                                            J. Dennis Card, Jr.
                                            E-mail:DCard@cardandglenn.com
                                            Florida Bar No.  0487473
                                            Card & Glenn, P.A.
                                            2501 Hollywood Boulevard, Suite 100
                                            Hollywood, Florida 33020
                                            Telephone:  (954) 921-9994
                                            Facsimile:   (954) 921-9553
                                            Attorneys for Plaintiff